IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON RANDOLPH,<br><br>Plaintiff,<br><br>vs.<br><br>SERC, LLC, and DONALD DREESEN,<br><br>Defendants. | 4:22CV3247<br><br>**INITIAL PROGRESSION ORDER (AMENDED)** |

  IT IS ORDERED that Plaintiff Sharon Randolph's unopposed motion to modify the initial progression order, Filing No. 54, is granted. The unexpired deadlines in the initial progression order, Filing No. 38, are amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36 and 45 of the Federal Rules of Civil Procedure is May 14, 2024. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by May 28, 2024.

   **Note**: A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

  IT IS FURTHER ORDERED as follows:

1) The conference call to discuss case progression is **not** continued and will still be held before the undersigned magistrate judge on **March 26, 2024, at 9:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate.

2) Counsel for the parties shall confer regarding the remaining case progression deadlines and, on or before **March 19, 2024**, they shall jointly

file an **updated** Rule 26(f) Report setting forth the remaining case progression deadlines, a copy of which can be found at http://www.ned.uscourts.gov/forms.[1] Unless the parties agree otherwise, Plaintiff shall prepare the initial draft of the Report and then forward it to Defendants for further additions or revisions.

3) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge, including all requests for changes of trial dates. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 28th day of February, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*

United States Magistrate Judge

---

[1] See https://www.ned.uscourts.gov/forms. The parties are hereby notified or reminded that the Rule 26(f) Report for civil cases pending in the District of Nebraska has been substantially modified, with an effective date of June 11, 2020.

At the civil bar's request, the court created a Rule 26 Report Calculator for generating proposed dates to complete the Rule 26(f) Report. This online tool was designed to offer insight on how cases are typically progressed in the District of Nebraska. It does not replace the need for counsel to decide what is reasonable and appropriate in a specific case.