IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHARON RANDOLPH,<br><br>Plaintiff,<br><br>vs.<br><br>SERC, LLC, DONALD DREESEN, KATHLEEN DREESEN, ERIN NAHORNY, RENEE MUELLER, and KWELITE REAL ESTATE,<br><br>Defendants. | 4:22CV3247<br><br>**ORDER OF DISMISSAL** |

This matter is before the Court on the parties' Stipulated Motion to Dismiss with Prejudice. (Filing No. 98.) Having reviewed the matter, the Stipulation will be granted.

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 8th day of August, 2024.

BY THE COURT:

*Susan M Bazis*

Susan M. Bazis
United States District Judge